AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

## DISTRICT OF  MASSACHUSETTS

UNITED STATES OF AMERICA

### V.

LUIZ CARLOS FERRIRA-FERRIRA
a/k/a LUIS FERRIRA and LUIZ FERREIRA

(Name and Address of Defendant)

## CRIMINAL COMPLAINT

CASE NUMBER: *04 - M00052 - LPC*

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.  On or about ___August 28, 2001___ in ___Middlesex___ county, in the

District of ___Massachusetts___ defendant(s) did, (Track Statutory Language of Offense)
willfully, knowingly and with intent to deceive use a social security account number assigned on the basis of false information furnished to the Commissioner of Social Security by defendant

in violation of Title ___42___ United States Code, Section(s) ___408(A)(7)(a)___

I further state that I am a(n) ___Special Agent___ and that this complaint is based on the following
                                               Official Title

facts:

See attached affidavit.

Continued on the attached sheet and made a part hereof:    ☒ Yes    ☐ No

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

08-31-2004                                    at        Boston, Massachusetts
Date                                                    City and State

Lawrence P. Cohen
U.S. Magistrate Judge                         _____
Name & Title of Judicial Officer              Signature of Judicial Officer

This form was electronically produced by Elite Federal Forms, Inc.

## AFFIDAVIT

I, Vance Ely, having been duly sworn, do hereby depose and state as follows:

1.  I have been a Special Agent with the United States Social Security Administration ("SSA"), Office of the Inspector General, Office of Investigations, Boston Field Office since May 1997. My duties include investigating violations of Title 42 and Title 18 of the United States Code. During the period of my employment, I have conducted numerous investigations of Social Security fraud and other criminal violations. I was previously employed by the United States Department of Justice, Immigration & Naturalization Service, as an Immigration Inspector for 4 ½ years. I also hold a Bachelor of Science degree from Westfield State College.

2.  SSA is an agency within the Executive Branch of the United States government responsible for approving applications for Social Security Numbers and issuing Social Security Number Cards to eligible applicants, as well as managing and administering retirement, disability, survivor benefits, and Supplemental Security Income programs to our nation's eligible beneficiaries.

3.   The Social Security Act (42 U.S.C. 301 et seq.) was enacted in 1935 to provide for the general welfare by establishing a system of Federal Benefits.  The Social Security Number ("SSN"), a nine digit number, was devised as a means to keep track of the earnings of individuals who work under covered employment.  Along with the SSN, the Social Security Number Card ("SSNC") was created.  SSNCs are issued with or without employment restrictions depending upon the eligibility of the individual making application. The Social Security Number Card bears a Social Security Number; shows the name of the person whose record is identified by that SSN; and contains a space for the person's signature.

4.   The information set forth in this affidavit is based on my own investigation, my review of relevant SSA records, and information provided by others. This affidavit does not contain all information received during the course of the investigation but contains those facts that I believe are necessary and sufficient to establish probable cause for the issuance of the requested criminal complaint charging **Luiz Carlos Ferrira-Ferrira, aka Luis Ferrira or Luiz Ferreira** (hereinafter "Ferrira" or "defendant") with social security account number fraud in violation of 42 U.S.C. Section 408(a)(7)(A)[1].

[1] 42 U.S.C. §408(a)(7)(A) reads in pertinent part: Whoever- ...for the purpose of obtaining anything of value from any person, or for any other purpose-(A) willfully, knowingly,

2

408(a)(7)(A)[1].

5. **Ferrira** is a native and citizen of Brazil and, according to records maintained by Immigration and Customs Enforcement, the defendant is not present legally in the United States.

6. As an alien illegally present in the United States, the Defendant is not entitled to receive a Social Security Account number card.

7. On August 21, 2001, Defendant applied for a social security account number card. Defendant falsely represented on the application, known as an SS-5, that he was a legal alien allowed to work, knowing that, in truth and in fact, Defendant was not a legal alien allowed to work in the United States. [2]

---

[1]42 U.S.C. §408(a)(7)(A) reads in pertinent part: Whoever- ...for the purpose of obtaining anything of value from any person, or for any other purpose-(A) willfully, knowingly,  and with intent to deceive, uses a social security account number, assigned by the Commissioner of Social Security (in the exercise of the Commissioner's authority under section 405(c)(2) of this title to establish and maintain records) on the basis of false information furnished to the Commissioner of Social Security by him or by any other person [shall be guilty of a crime.]

[2]Defendant's SS-5 application was processed by former SSA employee Jesse Rocha. On September 8, 2003, Jesse Rocha pled guilty to conspiracy to commit fraud in connection with identifcation documents in violation of 18 U.S.C. §1028(f); conspiracy to commit offenses against the United States in violation of 18 U.S.C. §371; conspiracy to launder monetary

3

8.    As a result of providing false information,
Defendant received social security account number 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.

9. The Massachusetts Registry of Motor Vehicles
("RMV") requires that an individual applying for a driver's
license present proof of identification such as a valid social
security account number.

10. On August 28, 2001, **Ferrira** applied for a
Massachusetts driver's license. On the application, **Ferrira**
used the SSN he fraudulently obtained by providing the SSN to
the RMV. As a result, a Massachusetts driver's license was
issued to **Ferrira.**

Based upon the foregoing information, I believe
there is probable cause to believe that on August 28, 2001,
**Ferrira** did willfully, knowingly, and with intent to deceive,
use a Social security account number, assigned by the
Commissioner of Social Security on the basis of the false
information furnished to the Commissioner of Social Security
by the defendant and other persons on the defendant's behalf,
to apply for and to obtain a Massachusetts driver's license in

---

instruments in violation of 18 U.S.C. §1956(h) and fraud and
misuse of documents in violation of 18 U.S.C. §1546(a). During
his plea colloquy, Rocha admitted to processing and approving
over 1700 applications for SSNCs for illegal aliens during the
period from April of 2000 until December of 2002. See Ind. 02-
10405-GAO.

4

violation of Title 42, United States Code, Section

408(a)(7)(A).

Vance Ely
Special Agent
United States Social Security
Administration
Office of Inspector General

Subscribed and sworn to before me this 31st day of August,
2004

LAWRENCE P. COHEN
UNITED STATES MAGISTRATE JUDGE

5

JS 45 (5/97) - (Revised USAO MA 1/15/04)

# Criminal Case Cover Sheet

**U.S. District Court - District of Massachusetts**

**Place of Offense:** Lowell          **Category No.** II          **Investigating Agency** ICE

**City** Lowell

**County** Middlesex          **Related Case Information:**

Superseding Ind./ Inf. _____  Case No. _____
Same Defendant _____ New
Magistrate Judge Case Number    04-M00052-LPC
Search Warrant Case Number _____
R 20/R 40 from District of _____

## Defendant Information:

**Defendant Name** **Luiz Carlos Ferrira-Ferrira**          Juvenile ☐ Yes ☒ No

**Alias Name** Luis Ferreira, Luiz Ferrira

**Address** 450 Pawtucket Street, Apt. A, Lowell, Mass.

**Birth date (Year only):** 1966  **SSN (last 4 #):** 2704  **Sex** M  **Race:** _____  **Nationality:** Brazilian

**Defense Counsel if known:** _____  **Address:** _____

**Bar Number:** _____

## U.S. Attorney Information:

**AUSA** Thomas E. Kanwit          **Bar Number if applicable** 547251

**Interpreter:** ☒ Yes ☐ No          **List language and/or dialect:** Portuguese

**Matter to be SEALED:** ☐ Yes ☒ No

☐ **Warrant Requested**          ☐ **Regular Process**          ☒ **In Custody**

**Location Status:**

**Arrest Date:** August 31, 2004

☐ Already in Federal Custody as _____ in _____
☐ Already in State Custody _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by _____ on _____

**Charging Document:** ☒ Complaint          ☐ Information          ☐ Indictment

**Total # of Counts:** ☐ Petty _____ ☐ Misdemeanor _____ ☒ Felony 1

### Continue on Page 2 for Entry of U.S.C. Citations

☒ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** August 31, 2004          **Signature of AUSA:** _(signature)_

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    Luiz Carlos Ferrira-Ferrira _____

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1   42 U.S.C. § | Social Security Fraud | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set | | |
| Set | | |
| Set | | |
| Set | | |
| Set | | |
| Set | | |

**ADDITIONAL INFORMATION:**