# FINANCIAL AFFIDAVIT

IN UNITED STATES ☒ MAGISTRATE ☐ DISTRICT ☐ APPEALS COURT or ☐ OTHER PANEL (Specify below)

IN THE CASE OF: US v.s. Ferreira

FOR:

AT:

LOCATION NUMBER:

PERSON REPRESENTED (Show your full name): Luiz Ferreira

1. ☒ Defendant—Adult
2. ☐ Defendant - Juvenile
3. ☐ Appellant
4. ☐ Probation Violator
5. ☐ Parole Violator
6. ☐ Habeas Petitioner
7. ☐ 2255 Petitioner
8. ☐ Material Witness
9. ☐ Other

DOCKET NUMBERS
Magistrate: 04-52
District Court:
Court of Appeals:

CHARGE/OFFENSE (describe if applicable & check box →) ☒ Felony ☐ Misdemeanor

## ASSETS

**EMPLOYMENT**
Are you now employed? ☒ Yes ☐ No ☐ Am Self-Employed
Name and address of employer: Radisson Hotel Chelmsford - Chelmsford - MA
IF YES, how much do you earn per month? $ 1600.00
IF NO, give month and year of last employment. How much did you earn per month? $
If married is your Spouse employed? ☒ Yes ☐ No
IF YES, how much does your Spouse earn per month? $ 600.00
If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☒ No
RECEIVED: $
SOURCES:

**CASH**
Have you any cash on hand or money in savings or checking accounts? ☐ Yes ☒ No IF YES, state total amount $

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☒ Yes ☐ No
VALUE: 1,500.00  DESCRIPTION: Chrysler 1995

## OBLIGATIONS & DEBTS

**DEPENDENTS**
MARITAL STATUS: ☒ MARRIED
Total No. of Dependents: 4
List persons you actually support and your relationship to them:
Moacir Almeida (Father in Law)
Keshaune Ferreira (Daughter)
Kimberly Ferreira (Daughter)
Kevin Ferreira (Son)

**DEBTS & MONTHLY BILLS**

| Creditors | Total Debt | Monthly Payt |
|---|---|---|
| House | $ — | $ 700.00 |
| Gas Bill + Electricity | $ — | $ 350.00 |
| Telephone Bill | $ — | $ 50.00 |
| Food and Clothes | $ — | $ 600.00 |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date): 08-31-04

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED)