AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

### DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.

LUIZ CARLOS FERRIRA-FERRIRA a/ka
LUIS FERRIRA and LUIZ FERREIRA

*Amended*

## CRIMINAL COMPLAINT

CASE NUMBER: 04-M00052-LPC

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about _____August 28, 2001_____ in _____Middlesex_____ county, in the

District of _____Massachusetts_____ defendant(s) did, (Track Statutory Language of Offense)

knowingly possess an identification document that is or appears to be an identification document of the United States which was provided without lawful authority knowing that such document was provided without such authority

in violation of Title _____18_____ United States Code, Section(s) _____1028(a)(6)_____.

I further state that I am a(n) _____Special Agent_____ and that this complaint is based on the following
Official Title

facts:

See attached affidavit

Continued on the attached sheet and made a part hereof:    ☒ Yes    ☐ No

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

_____September 10, 2004_____ at    Boston, Massachusetts
Date                                            City and State

_____
LAWRENCE P. COHEN, U.S. Magistrate Judge                    _____
Name & Title of Judicial Officer                                            Signature of Judicial Officer

This form was electronically produced by Elite Federal Forms, Inc.

## AFFIDAVIT OF SPECIAL AGENT VANCE ELY

I, Vance Ely, having been duly sworn, do hereby depose and state as follows:

      1.  I have been a Special Agent with the United States Social Security Administration ("SSA"), Office of the Inspector General, Office of Investigations, Boston Field Office, since May 1997.  My duties include investigating violations of Title 42 and Title 18 of the United States Code.  During the period of my employment, I have conducted numerous investigations of fraud and other criminal violations.  I was previously employed by the United States Department of Justice, Immigration & Naturalization Service, as an Immigration Inspector for 4 ½ years.  I also hold a Bachelor of Science degree from Westfield State College.

      2.  SSA is an agency within the Executive Branch of the United States Government responsible for approving applications for Social Security Numbers and issuing Social Security Number Cards to eligible applicants, as well as managing and administering retirement, disability, survivor benefits, and Supplemental Security Income programs to our nation's eligible beneficiaries.

3.    The Social Security Act (42 U.S.C. §301 et seq.) was enacted in 1935 to provide for the general welfare by establishing a system of Federal Benefits.    The Social Security Number ("SSN"), a nine digit number, was devised as a means to keep track of the earnings of individuals who work under covered employment.    Along with the SSN, the Social Security Number Card ("SSNC") was created.    SSNCs are issued with or without employment restrictions depending upon the eligibility of the individual making application.    The Social Security Number Card bears a Social Security Number; shows the name of the person whose record is identified by that SSN; and contains a space for the person's signature.

4.    The information set forth in this affidavit is based on my own investigation, my review of relevant SSA records, and information provided by others. This affidavit does not contain all information received during the course of the investigation but contains those facts that I believe are necessary and sufficient to establish probable cause for the issuance of the requested criminal complaint charging **Luiz Carlos Ferrira-Ferrira, aka Luis Ferrira or Luiz Ferreira** (hereinafter "Ferrira" or "defendant")  with fraud in violation of 18 U.S.C. §1028(a)(6).[1]

---

[1]18 U.S.C. §1028(a)(6) provides in pertinent part:
Whoever ... knowingly possesses an identification
document that is or appears to be an identification

2

5. **Ferrira** is a native and citizen of Brazil and, according to records maintained by Immigration and Customs Enforcement, at all relevant times he has not been present legally in the United States.

6. As an alien illegally present in the United States, Ferrira is not entitled to receive a Social Security Account number card.

7. On August 21, 2001, Ferrira applied for a Social Security Account number card. Ferrira falsely represented on the application, known as an SS-5, that he was a legal alien allowed to work, knowing that, in truth and in fact, he was not a legal alien allowed to work.[2]

8. As a result of providing false information, Ferrira received and possessed a Social Security card with social security account number 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.

---

document of the United States which is ... produced without lawful authority knowing that such document was ... produced without such authority [shall be guilty of a crime].

[2]Defendant's SS-5 application was processed by former SSA employee Jesse Rocha. On September 8, 2003, he pled guilty to conspiracy to commit fraud in connection with identification documents in violation of 18 U.S.C. §1028(f); conspiracy to commit offenses against the United States in violation of 18 U.S.C. §371; conspiracy to launder monetary instruments in violation of 18 U.S.C. §1956(h) and fraud and misuse of documents in violation of 18 U.S.C. §1546(a). During his plea colloquy, Rocha admitted to processing and approving over 1700 applications for SSNCs for illegal aliens during the period from April 2000 to December 2002. See Ind. 02-10405-GAO.

Based upon the foregoing information, I believe there is probable cause to believe that on  August 28, 2001, Ferrira did knowingly possess an identification document that is or appears to be an identification document of the United States which was ... produced without lawful authority knowing that such document was ... produced without such authority in violation of Title 18, United States Code, Section 1028(a)(6).

Vance Ely
Special Agent
United States Social Security
Administration
Office of Inspector General


Subscribed and sworn to before me this 10th day of September, 2004

LAWRENCE P. COHEN
UNITED STATES MAGISTRATE JUDGE

4

JS 45 (5/97) - (Revised USAO MA 1/15/04)

**U.S. District Court - District of Massachusetts**

Criminal Case Cover Sheet

Place of Offense: _Lowell_____    Category No. _II_____    Investigating Agency _ICE_____

City _Lowell_____    **Related Case Information:**

County _Middlesex_____    Superseding Ind./ Inf. _____    Case No. _____
Same Defendant __X_____    New Defendant _____
Magistrate Judge Case Number _04-M00052-LPC_____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name _Luiz Carlos Ferrira-Ferrira_____    Juvenile  ☐ Yes  ☒ No

Alias Name _Luis Ferreira, Luiz Ferrira_____

Address _450 Pawtucket Street, Apt. A, Lowell, Mass._____

Birth date (Year only): _1966_ SSN (last 4 #): _2704_ Sex _M_ Race: _____ Nationality: _Brazilian_____

Defense Counsel if known: _Mark Shea/Jean Larocque_____    Address: _____

Bar Number: _____

**U.S. Attorney Information:**

AUSA _Thomas E. Kanwit_____    Bar Number if applicable _547251_____

Interpreter: ☐ Yes ☒ No    List language and/or dialect: _Portuguese_____

Matter to be SEALED: ☐ Yes ☒ No

☐ Warrant Requested    ☐ Regular Process    ☒ In Custody

**Location Status:**

Arrest Date: _August 31, 2004_____

☒ Already in Federal Custody as _of August 31, 2004_____ in _Plymouth HOC_____
☐ Already in State Custody _____    ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by _____ on _____

Charging Document:    ☒ Complaint    ☐ Information    ☐ Indictment

Total # of Counts:    ☐ Petty _____    ☒ Misdemeanor _1___    ☐ Felony _____

**Continue on Page 2 for Entry of U.S.C. Citations**

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: _September 10, 2004_    Signature of AUSA: _____